IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NAJUMA JONES,

    Plaintiff,

vs.                                                                                                           Civ. No. 23-845 KG/SCY

LACHHMAN SINGH AND 5ABI INC.,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's Motion for Remand to State Court, (Doc. 9), filed October 27, 2023. Defendants' Response to Plaintiff's Motion for Remand to State Court, (Doc. 11), was filed on November 10, 2023; and Plaintiff's Reply in Support of Motion to Remand to State Court, (Doc. 17), was filed on November 22, 2023. After reviewing the briefing, the Court grants Plaintiff's request for discovery, limited to the subject of service.

IT IS THEREFORE ORDERED that Plaintiff may serve discovery on Defendants on the subject of service within fourteen (14) days from the date of this Order. Defendants will then have fourteen (14) days from receipt of discovery requests to respond to Plaintiff's discovery requests.

_____
UNITED STATES DISTRICT JUDGE