IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NAJUMA JONES,

    Plaintiffs,

vs.                                                        Civ. No. 23-845 KG/SCY

LACHHMAN SINGH and 5 ABI INC.,

    Defendants.

## ORDER FOR PRODUCTION

This matter is before the Court on Plaintiff's Motion to Remand, (Doc. 9), filed October 27, 2023, Defendants' Response, (Doc. 11), filed November 10, 2023 and Plaintiff's Reply, (Doc. 17), filed November 22, 2023. On December 20, 2023, the Court granted Plaintiff's request for discovery, limited to the subject of service. (Doc. 19). A hearing on Plaintiff's Motion is scheduled for February 23, 2024. In advance of the hearing, the Court orders Defendants to produce an affidavit from Jegnir Singh.

IT IS, THEREFORE, ORDERED that Defendants shall produce an affidavit from Jegnir Singh before the hearing on February 23, 2024. Jegnir Singh's affidavit shall include:

    (1) verification that he signed the USPS Return Receipt as shown on page 3 of Doc. 9-3,

    (2) his history of employment with 5 ABI Inc., and

    (3) any other relevant information necessary to determine his identity and verify his signature.

                                                                                      _____
                                                                                       UNITED STATES DISTRICT JUDGE