IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NAJUMA JONES,

      Plaintiff,

vs.                                                                                    Civ. No. 23-845 KG/SCY

LACHHMAN SINGH and 5ABI, INC.,

      Defendants.

<u>ORDER</u>

This matter is before the Court on Plaintiff's Motion for Remand to State Court, (Doc. 9), filed October 27, 2023. Defendants' Response to Plaintiff's Motion for Remand to State Court, (Doc. 11), was filed on November 10, 2023; and Plaintiff's Reply in Support of Motion to Remand to State Court, (Doc. 17), was filed on November 22, 2023. On February 23, 2024, the Court held a hearing on Plaintiff's Motion. Attorneys for both parties appeared. After considering the evidence, counsels' oral and written arguments, and the applicable law, the Court finds and concludes for the reasons stated on the record that the statutory requirements for removal were not satisfied. The Court will therefore remand the case.

IT IS THEREFORE ORDERED that the case be REMANDED to the Second Judicial District Court, Bernalillo County, State of New Mexico.

 

 

UNITED STATES DISTRICT JUDGE